**FORM 3-1**

## UNITED STATES COURT OF INTERNATIONAL TRADE

```
_____ x
                                      :
GOODLUCK INDIA LIMITED,               :
                                      :
                   Plaintiff,         :        Court No. 22-00024
                                      :
        v.                            :        SUMMONS
                                      :
UNITED STATES,                        :
                                      :
                   Defendant.         :
_____ x
```

TO:    The Attorney General, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) and 28 U.S.C. § 1581(i) to contest the determination described below.

*/s/ Mario Toscano*
Clerk of the Court

1. <u>Name and standing of plaintiff</u>: Plaintiff in this action is Goodluck India Limited. As an Indian producer and exporter of certain cold-drawn mechanical tubing of carbon and alloy steel, Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(a). Plaintiff was both: a party to the proceeding that led to the determination being challenged; and adversely affected or aggrieved by the challenged agency action. Plaintiff therefore has standing to challenge the determination at issue pursuant to 28 U.S.C. §§ 2631(c), 2631(i) and 19 U.S.C. § 1516a(d).

2. <u>Brief description of the contested determination</u>: The contested determination is the U.S. Department of Commerce's final determination to assess 33.70% antidumping duties on Plaintiff's entries subject to the third administrative review of the antidumping duty order on certain cold-drawn mechanical tubing of carbon and alloy steel. *Certain Cold-Drawn Mechanical Tubing of Carbon and Alloy Steel from India: Notice of Second Amended Final Determination; Notice of Amended Order; Notice of Resumption of First and Reinitiation of Second Antidumping Duty Administrative Reviews; Notice of Opportunity for Withdrawal; and Notice of Assessment in Third Antidumping Duty Administrative Review*, 86 Fed. Reg. 74,069 (Dec. 29, 2021).

3. <u>Effective date of the determination</u>: December 29, 2021.

4. <u>Date of publication in the Federal Register of the contested determination</u>: December 29, 2021.

Respectfully submitted,

*/s/ Ned H. Marshak*

Ned H. Marshak
Jordan C. Kahn*
Kavita Mohan*
Michael S. Holton*

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
599 Lexington Ave., 36th Floor
New York, New York 10022
(212) 557-4000
- and -
*1201 New York Ave., NW, Ste. 650
Washington, DC 20005
(202) 783-6881

Dated:  January 27, 2022

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

General Counsel
**U.S. Department of Commerce**
14th Street & Constitution Ave., NW
Washington, D.C. 20230

The Honorable Mario Toscano
Clerk of the Court

Date: January __, 2022                    By:_____

FORM 4

## UNITED STATES COURT OF INTERNATIONAL TRADE

```
_____ x
                                     :
GOODLUCK INDIA LIMITED,              :
                                     :
                    Plaintiff,       :      Court No. 22-00024
                                     :
          v.                         :      SUMMONS
                                     :
UNITED STATES,                       :
                                     :
                    Defendant.       :
_____ x
```

To:     The Above-Named Defendant:

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

*/s/Mario Toscano*
Clerk of the Court

Ned H. Marshak
Jordan C. Kahn*
Kavita Mohan*
Michael S. Holton*

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
599 Lexington Ave., 36th Floor
New York, New York 10022
(212) 557-4000
- and -
*1201 New York Ave., NW, Ste. 650
Washington, DC 20005
(202) 783-6881

/s/ Ned H. Marshak
Signature of Plaintiff's Attorney
Dated:  January 27, 2022