UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

|  |  |
|---|---|
| GOODLUCK INDIA LIMITED  :<br>  :<br>Plaintiff,  :<br>  :<br>v.  :<br>  :<br>UNITED STATES,  :<br>  :<br>Defendant,  :<br>  :<br>and  :<br>  :<br>ARCELORMITTAL TUBULAR PROUCTS, *et al.*,  :<br>  :<br>Defendant-Intervenors.  : | Court No. 22-00024 |

**RESPONSE TO DEFENDANT'S MOTION, OUT OF TIME, TO STAY FILING OF RULE 73.2(b) ADMINISTRATIVE RECORD AND MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Plaintiff Goodluck India Limited does not oppose Defendant's Motion, Out of Time, to Stay Filing of Rule 73.2(b) Administrative Record and Motion for Extension of Time to Respond to the Complaint filed on March 15, 2022, ECF 19.

Respectfully submitted,

*/s/ Jordan C. Kahn*
Ned H. Marshak
Jordan C. Kahn

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP

1201 New York Ave., NW, Ste. 650
Washington, DC 20005
(202) 783-6881

Dated: March 21, 2022

11525685_1