| | |
|---|---|
| GOODLUCK INDIA LIMITED, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| UNITED STATES, | ) <br> ) Court No. 22-00024 |
| Defendant, | ) <br> ) |
| and | ) <br> ) |
| ARCELORMITTAL TUBULAR PRODUCTS, *et al.*, | ) <br> ) |
| Defendant-Intervenors. | ) <br> ) |

**DEFENDANT-INTERVENORS' PARTIAL CONSENT MOTION TO FILE RESPONSE TO COURT'S JULY 17, 2023 REQUEST OUT OF TIME AND RESPONSE TO GOODLUCK'S MOTION FOR CLARIFICATION**

Pursuant to Rules 6(b), 7(b) of the Rules of this Court, ArcelorMittal Tubular Products, Michigan Seamless Tube, LLC, PTC Alliance Corp., Webco Industries, Inc., Zekelman Industries, Inc., and Plymouth Tube Co., USA (collectively, "Defendant-Intervenors") by and through its attorneys, respectfully move for permission to file its Response to the Court's July 17, 2023 Letter Request concerning questions for oral argument (see ECF No. 57) fifty-six minutes after the 5:00 p.m. established deadline. See ECF No. 61. The reasons supporting this request are addressed below.

**I.     CONSENT OF THE PARTIES**

Pursuant to CIT Rule 7(b), on July 31, 2023, R. Alan Luberda, counsel to Defendant-Intervenors, sought consent to this motion from Ioana Cristei Meyer, Esq. on behalf of the

United States, and Jordan C. Kahn, Esq. on behalf of Plaintiff. Counsel to the United States consents to this motion. Counsel to Plaintiff "take{s} no position on the motion and defer{s} to the Court, and will not be filing a response."

## II. **DISCUSSION**

In its July 17, 2023 Request, this Court stated that counsel should submit "answers in writing to the court's questions for oral argument by 5:00 p.m. on Friday, July 28, 2023." See ECF No. 57. Yet, Defendant-Intervenors filed their answers at 5:56 p.m. – almost one hour after the deadline. See Attachment 1 (attached Receipt of Filing). This error on the part of counsel was inadvertent and due to the 5:00 p.m. deadline not being properly calendared, which caused counsel to mistakenly follow the default Court procedure that filings are due no later than 11:59 p.m. See USCIT R. 6(a)(4) ("'Last Day'' Defined. Unless a different time is set by a statute, local rule, or court order, the last day ends: (A) for electronic filing, at midnight in the court's time zone; and (B) for filing by other means, when the clerk's office is scheduled to close.")

Defendant-Intervenors respectfully move for leave to file out of time its response to the Court's July 17, 2023 Letter Request concerning questions for oral argument. United States Court of International Trade ("USCIT") Rule 6(b)(2) provides that a motion for an extension of time shall be filed "before the original time or its extension expires" to which the motion relates; except, "on motion made after the time has expired if the party failed to act because of excusable neglect or circumstances beyond the control of the party when for good cause shown the delay in filing was the result of excusable neglect or circumstance beyond the control of the party." USCIT R. 6(b)(1). In accordance with USCIT Rule 1, Rule 6(b)(2) "shall be construed and administered to secure the just, speedy, and inexpensive determination" of every action and proceeding. USCIT R. 1.

2

The Court assesses excusable neglect by considering: "(1) the danger of prejudice to the opposing party, (2) the length of the delay and its potential impact on judicial proceedings, (3) the reason for the delay, including whether it was within the reasonable control of the movant, and (4) whether the movant acted in good faith.'" See Aspects Furniture Int'l, Inc. v. United States, 469 F. Supp. 3d 1359, 1364-65 (Ct. Int'l Trade 2020) (citations omitted); see also Rockwell Automation, Inc. v. United States, 7 F. Supp. 3d 1278, 1283-84 (Ct. Int'l Trade 2014); E.I. DuPont De Nemours & Co. v. United States, 15 F. Supp. 2d 859, 861 (Ct. Int'l Trade 1998).

Defendant-Intervenors submit that "excusable neglect" exists here, based on these factors. First, a one-hour delay poses minimal, if any, potential for prejudice to the other parties to this action. Nor does the motion to clarify filed by Goodluck's counsel argue there was any prejudice. See Goodluck India Limited's Motion to Clarify (July 31, 2023) (ECF No. 62). Thus, counsel does not believe there is any prejudice to the other parties.

Second, briefing in this appeal is otherwise complete, and this submission of answers to the Court's questions are intended to benefit the Court in resolving this matter. While counsel regrets the filing delay and apologizes for the delay, we hope that it does not unduly inconvenience the Court's preparation for tomorrow's hearing. Counsel believes the length of the delay is unlikely to have any negative impact on the proceedings. In addition, counsel does not believe the less-than-one-hour filing delay would impact the other parties' ability to review Defendant-Intervenors' submission and to prepare for the upcoming appearance.

Finally, while counsel for the Domestic Industry accepts that the delay was within its "reasonable control" although it was inadvertent, counsel acted in good faith to submit its filing to the Court as soon as it was ready albeit after the 5:00 p.m. deadline. Counsel respectfully submits that the Court should find as an equitable matter, that the lack of prejudice to the other

parties, the minimal impact on the judicial proceedings, and its good faith efforts to immediately rectify the error upon discovery outweigh the reason for the delay.

For the foregoing reasons, we hereby respectfully request that the Court grant this Motion. A proposed order is attached hereto.

Respectfully submitted,

/s/ R. Alan Luberda
R. ALAN LUBERDA
DAVID C. SMITH
KELLEY DRYE & WARREN LLP
3050 K Street, N.W., Suite 400
Washington, DC 20007
(202) 342-8400

Counsel to ArcelorMittal Tubular Products, Michigan Seamless Tube, LLC, PTC Alliance Corp., Webco Industries, Inc., Zekelman Industries, Inc., and Plymouth Tube Co., USA

July 31, 2023

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| GOODLUCK INDIA LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>ARCELORMITTAL TUBULAR PRODUCTS, *et al.*,<br><br>    Defendant-Intervenors. | Court No. 22-00024 |

# ORDER

Upon consideration of Defendant-Intervenors ArcelorMittal Tubular Products, Michigan Seamless Tube, LLC, PTC Alliance Corp., Webco Industries, Inc., Zekelman Industries, Inc., and Plymouth Tube Co., USA Partial Consent Motion for Leave to File its Response to the Court's July 17, 2023 Request concerning questions for oral argument Out of Time; upon consideration of other papers and proceedings had therein; it is hereby:

**ORDERED** that said motion is GRANTED, and it is further

**ORDERED** that Defendant-Intervenors' Response is hereby deemed filed.

                       _____
                         GARY S. KATZMANN, JUDGE

Dated: _____, 2023
   New York, New York

# ATTACHMENT 1

## Other Documents
1:22-cv-00024-GSK Goodluck India Limited v. United States

## U.S. Court of International Trade

## LIVE Database

## Notice of Electronic Filing

The following transaction was entered by Luberda, R. on 7/28/2023 at 5:56 PM and filed on 7/28/2023

| | |
|---|---|
| **Case Name:** | Goodluck India Limited v. United States |
| **Case Number:** | 1:22-cv-00024-GSK |
| **Filer:** | ArcelorMittal Tubular Products |
| | Michigan Seamless Tube, LLC |
| | PTC Alliance Corp. |
| | Plymouth Tube Co., USA |
| | Webco Industries, Inc. |
| | Zekelman Industries, Inc. |

**Document Number:** 61

**Docket Text:**
**Response to Court's Request/Order . Filed by R. Alan Luberda of Kelley Drye & Warren, LLP on behalf of ArcelorMittal Tubular Products, Michigan Seamless Tube, LLC, PTC Alliance Corp., Plymouth Tube Co., USA, Webco Industries, Inc., Zekelman Industries, Inc.. (Luberda, R.)**

**1:22-cv-00024-GSK Notice has been electronically mailed to:**

Attorney-in-Charge    civil.itfoecf@usdoj.gov, ashantwa.m.jackman@usdoj.gov, cylena.l.abrahams@usdoj.gov, itfo@usdoj.gov, rodrigo.patino@usdoj.gov, valerie.a.tapia@usdoj.gov, veronique.p.charles@usdoj.gov

Ayat Mujais    ayat.mujais@trade.gov

David C. Smith , Jr    davidsmith@kelleydrye.com, tradenotifications@kelleydrye.com

Ioana Cristei Meyer    ioana.cristei@usdoj.gov

Jordan Charles Kahn    jkahn@gdlsk.com, jordkahn@gmail.com

Joshua Rubin Morey    jmorey@kelleydrye.com, mrespicio@kellydrye.com, tradenotifications@kelleydrye.com

Kavita Mohan    kmohan@gdlsk.com, kavita.mohan@gmail.com

Melissa Marie Brewer    mbrewer@kelleydrye.com, mkelleher@kelleydrye.com

Michael Scott Holton    mholton@gdlsk.com, holtonmichaels@gmail.com

Ned Herman Marshak    nmarshak@gdlsk.com

R. Alan Luberda    aluberda@kelleydrye.com, mhidalgo@kelleydrye.com, rstewart@kelleydrye.com, tradenotifications@kelleydrye.com

**1:22-cv-00024-GSK Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Defendant-Intervenors Answers to Court Questions.pdf
**Electronic document Stamp:**
[STAMP citStamp_ID=992012590 [Date=7/28/2023] [FileNumber=1176452-0] [ 0325ef64941bcd02b2757c3ca4c4f755895440f3eef387e6ddbfa5c470b08629278f0c 2231c22d4a367a17d1ad895e77858dd79e08ae7c04b2c4d47eba0fac13]]