## UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE**

| | |
|---|---|
| **GOODLUCK INDIA LIMITED,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| **UNITED STATES,** | )<br>)  Court No. 22-00024 |
| Defendant, | )<br>) |
| and | )<br>) |
| **ARCELORMITTAL TUBULAR PRODUCTS,** *et al.,* | )<br>) |
| Defendant-Intervenors. | )<br>) |

### ORDER

Upon consideration of Defendant-Intervenors ArcelorMittal Tubular Products, Michigan Seamless Tube, LLC, PTC Alliance Corp., Webco Industries, Inc., Zekelman Industries, Inc., and Plymouth Tube Co., USA Partial Consent Motion for Leave to File its Response to the Court's July 17, 2023 Request concerning questions for oral argument Out of Time; upon consideration of other papers and proceedings had therein; it is hereby:

**ORDERED** that said motion is GRANTED, and it is further

**ORDERED** that Defendant-Intervenors' Response is hereby deemed filed.

/s/   Gary S. Katzmann
GARY S. KATZMANN, JUDGE

Dated: July 31, 2023
New York, New York